JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. MOUNTFORD, | Case No. CV 19-8723-SVW (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| THE PEOPLE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: January 28, 2020

_____
HONORABLE STEPHEN V. WILSON
United States District Judge